# IN THE SUPREME COURT OF TEXAS

————————————————

## Misc. Docket No. 17-9069A

————————————————

## ORDER SEALING RECORDS
## Hon. Hilary H. Green

The Court orders that the following records filed by the Commission on Judicial Conduct with its motion to suspend Judge Hilary Green are ordered sealed:

- Req. 12, third paragraph

- Ex. H, page 10, questions 23 and 24 and responses

- Ex. H, pages 11–17

- Ex. H, page 18, question 36 and response

- Ex. P, page 36, line 3 through page 40, line 25

- Ex. P, page 41, line 11 through page 42, line 10

- Ex. P, page 51, lines 2 through 12

- Ex. P, page 71, lines 21 through 25

The Commission on Judicial Conduct shall redact this information from its motion and file the redacted motion with the Clerk of the Court for posting on the Court's website.

As ordered by the Supreme Court of Texas, in chambers,

With the Seal thereof affixed at the
City of Austin

This 12th day of July, 2017.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS